COURT OF COMMON PLEAS
Friday, November 1, 2024 10:36:02 AM
CASE NUMBER: 2024 CV 05672 Docket ID: 913470678
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COMMON PLEAS COURT OF MONGOMERY COUNTY, OHIO
CIVIL DIVISION

| | |
|---|---|
| Courtney L. Kessler<br>2421 Little York Road<br>Dayton, OH 45414<br><br>Plaintiff,<br><br>v.<br><br>Walmart Inc.<br>c/o Registered Agent CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219<br><br>Defendant. | Case No.:<br><br>Judge<br><br>**COMPLAINT FOR PERSONAL INJURIES WITH JURY DEMAND ENDORSED HEREON** |

## FIRST CLAIM FOR RELIEF

1. At all relevant times, Defendant Walmart Inc. owned and maintained the real property located at 3465 York Commons Boulevard, Dayton, Montgomery County, Ohio.

2. On or about October 8, 2023, Plaintiff, Courtney L. Kessler, was injured in a slip and fall which was a direct and proximate result of a dangerous and hazardous condition of the property and the improvements thereon created by Defendant Walmart Inc., known by it to exist, to wit: an oily substance on the floor.

3. Plaintiff was on the property as a business invitee of Walmart Inc.

4. Defendant had a duty to maintain its property in a reasonably safe manner, to inspect the premises in a manner designed to discover dangerous and/or hazardous conditions, and to provide adequate warning to invitees and/or social guests regarding the existence of dangerous and/or hazardous conditions.

5. Defendant was negligent in the maintenance and/or care of the premises in that it unreasonably and unnecessarily created a dangerous and/or hazardous condition and/or allowed such a known condition to exist, to wit: an oily substance on the floor.

6. Defendant was negligent in that it failed to conduct any regular inspection of the premises, thereby failing to discover and correct/repair any defective condition which presented a hazard to invitees and/or social guests, generally and Plaintiff, Courtney L. Kessler, specifically, an oily substance on the floor.

7. Defendant was negligent in the maintenance and care of the property in that it failed to properly design, construct, and/or erect caution signs or otherwise warn business invitees generally, and Plaintiff, Courtney L. Kessler, specifically, of hazardous conditions resulting from an oily substance on the floor.

8. As the proximate result of the negligence of Defendant, Plaintiff, Courtney L. Kessler, sustained injuries and damages as follows:

a. Bodily injuries;

b. Pain and suffering both physical and emotional, and loss of ability to perform usual functions and will cause her further pain and suffering and loss of ability to perform usual functions in the future;

c. Reasonable and necessary medical expenses;

9. The aforesaid negligence of Defendant, Walmart Inc, was the proximate result of the injuries and damages to Plaintiff, Courtney L. Kessler.

**WHEREFORE**, Plaintiff, Courtney L. Kessler, demands judgment against the Defendant, Walmart Inc, jointly and severally, in an amount in excess of $25,000.00, plus interest, attorney fees and cost of this action.

Respectfully submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

John A. Smalley (0029540)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio 45402
(937)223-8888
Fax # (937) 824-8630
jsmalley@dgmslaw.com

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

John A. Smalley (0029540)