UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| COURTNEY L. KESSLER, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:24-cv-308 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| WALMART, INC., | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant. | : | |
| | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 10) AND REMANDING MATTER TO STATE COURT**

The Court has reviewed the Report and Recommendation (Doc. No. 10) of United States Magistrate Judge Caroline H. Gentry, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Therein, Magistrate Judge Gentry determined that Defendant Walmart, Inc. failed to establish the federal amount-in-controversy requirement upon removing this case from the Court of Common Pleas of Montgomery County, Ohio. (Doc. No. 10.) Accordingly, Magistrate Judge Gentry recommends remanding the instant action to the state court. (*Id.*)

Noting that no objections have been filed regarding the Report and Recommendation, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Gentry's Report and Recommendation (Doc. No. 10). Consequently, the Clerk is directed to initiate the **REMAND** of this matter to the Court of Common Pleas of Montgomery County, Ohio, and **TERMINATE** this case on the Court's docket in due course.

1

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, March 3, 2025.

                                                                   s/Thomas M. Rose

                                                _____
                                                        THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE